UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BILLY RAY JONES, JR., | Case No. 2:24-cv-01686-CDS-DJA |
| Plaintiff | ORDER |
| v. | |
| CLARK COUNTY DETENTION CENTER, et al., | |
| Defendants | |

This action began with a civil-rights complaint submitted along with an application to proceed *in forma pauperis* by pro se plaintiff Billy Ray Jones, Jr., aka Chris Lee Washington, who was housed in the custody of Clark County Detention Center ("CCDC"). (ECF Nos. 1-1, 1). Plaintiff also submitted a motion asking the Court to update his address from CCDC to a residential address: 839 Hassell Avenue, Las Vegas, NV 89106. (ECF No. 1-2). Thereafter, Plaintiff's mail from the Court was returned as undeliverable, noting that he's no longer at CCDC. (ECF No. 3). Because it appears that Plaintiff is no longer in custody, his application to proceed *in forma pauperis* for an inmate is moot.

It is therefore ordered that Plaintiff's application to proceed *in forma pauperis* for an inmate (ECF No. 1) is denied as moot.

It is further ordered that Plaintiff has **until October 30, 2024** to either pay the full $405 filing fee for a civil action or file an application to proceed *in forma pauperis* for non-inmates.

It is further ordered that the Clerk of the Court will update Plaintiff's address on the docket to 839 Hassell Avenue, Las Vegas, NV 89106 and send Plaintiff the approved form application to proceed *in forma pauperis* for non-inmates, the document titled information and instructions for filing an *in forma pauperis* application, and a courtesy copy of the Advisory Letter (ECF No. 2).

1         It is further ordered that if Plaintiff fails to timely comply with this order, this action

2    will be subject to dismissal without prejudice.

3

4         DATED THIS 30th day of September 2024.

5

6    _____

7    DANIEL J. ALBREGTS
    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2